UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG JOHNSON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RAWERS, et al.,<br><br>　　　Defendants. | 1:03-CV-06241-AWI-SMS-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT<br>(DOCUMENTS #27 & #28)<br><br>ORDER DIRECTING CLERK TO FILE THIRD AMENDED COMPLAINT<br>(DOCUMENT #29) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2006, and May 26, 2006, plaintiff filed declarations which the court construes as a motion for an extension of time to file a third amended complaint, pursuant to the court's order of April 12, 2006. On June 16, 2006, plaintiff lodged the third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　1.　　Plaintiff's motion for an extension of time to file a third amended complaint is GRANTED, and

　　　2.　　The Clerk is DIRECTED to file the third amended complaint which was lodged on June 16, 2006.

IT IS SO ORDERED.

**Dated:　July 6, 2006**　　　　　　　　　　**/s/ Sandra M. Snyder**
b6edp0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE