IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG JOHNSON, | 1:03-cv-06241-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 34) |
| RAWERS, et al., | ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| Defendants. | ORDER REFERRING CASE BACK TO MAGISTRATE |

Greg Johnson ("plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 19, 2008, findings and recommendations were entered, recommending that plaintiff's uncognizable claims be dismissed and service be allowed to go forward on plaintiff's cognizable claims. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

1 file, the court finds the findings and recommendations to be supported by the record and proper
2 analysis.

3       Accordingly, THE COURT HEREBY ORDERS that:
4       1.  The Findings and Recommendations issued by the Magistrate Judge on March
5           19, 2008, are adopted in full;
6       2.  This action now proceeds on plaintiff's third amended complaint filed on July
7           7, 2006, against defendants Rouhouser and Buttle on plaintiff's Eighth
8           Amendment claims regarding the conditions of his confinement;
9       3.  Plaintiff's claims for violation of his constitutional rights (1) to Due Process
10          against Warden Scott P. Rawers, Capt. Beasley, Watson, and Valencia; (2) for
11          deliberate indifference to his serious medical needs against MTA White, Dr.
12          Church, and Dr. Lenard, (and for the processing of his related inmate appeal
13          against Supv. MTA Luft); (3) for interference with his mail against C.C.I.
14          Bryant, the Trust Office, and C.O. Ronhouser (and for the processing of his
15          related inmate appeal against Appeals Coordinator R. Wilson, Sergeant T.
16          Johnson); (4) for denial of access to the courts via PLU status and use of the
17          law library against R.A. Braly, R. Bien, and Armiso; and (5) for dereliction of
18          supervisorial duties against defendants Scott P. Rawers, Chief Deputy Warden
19          K. Mendoza, Assoc. D.O. Sedley, Ad Seg Warden Lonnie Watson, Facility
20          Capt. J.M. Beasley, M.L. Mitchell, J.J. Blakley, CCI Bryant, Sgt. Romero,
21          Sgt. Stweart, C.O. Butal and C.O. Rouhouser are DISMISSED with prejudice
22          for failure to state a claim under 42 U.S.C. § 1983;
23      4.  Named defendants J.D. Soto, C.O. Fagunez, and Molano are DISMISSED
24          with prejudice based on plaintiff's failure to state any factual allegations, and
25          thus failure to state any cognizable claim(s) upon which relief may be granted
26          against them.; and

5. This case is REFERRED the Magistrate Judge for scheduling of service of process.

IT IS SO ORDERED.

Dated:    May 23, 2008                           /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE

3