# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG JOHNSON, | 1:03-cv-06241-OWW-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF THIRD AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| RAWERS, et al., | |
| Defendants. | (Doc. 31.) |

Plaintiff Greg Johnson ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action in the U.S. District Court for the Northern District of California. The case was subsequently transferred and received by this Court on September 12, 2003. (Doc. 1.) On July 7, 2006, plaintiff filed the third amended complaint upon which this case proceeds. (Doc. 31.) On March 19, 2008, the court screened the third amended complaint and found that it states a cognizable claim for relief under section 1983 against defendants Rouhouser and Buttle for plaintiff's Eighth Amendment claims regarding his conditions of confinement. (Doc. 35.) Rhodes v. Chapman, 452 U.S. 337, 347 (1981); Toussaint v. McCarthy, 801 F.2d 1080, 1107 (9th Cir. 1986); Hoptowit v. Ray, 682 F.2d 1237, 1246 (9th Cir. 1982); Frost v. Agnos, 152 F.3d 1124, 1128 (9th Cir. 1998); Hudson v. McMillian, 503 U.S. 1, 8 (1992). On May 27, 2008, all other claims and defendants were dismissed from this action. (Doc. 35.) Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    C/O ROUHOUSER

    C/O BUTTLE

2.   The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed July 7, 2006.

3.   Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a.   Completed summonses;

   b.   One completed USM-285 form for each defendant listed above; and

   c.   Three (3) copies of the endorsed third amended complaint filed July 7, 2006.

4.   Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.   <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   June 4, 2008**                              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE